IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMEY L. WILKINS,
        Plaintiff,
   v.
KEITH STONE, MISTE STRICKLAND,
CPT. BRAD JENKINS, and LT. PARKER,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:22-CT-3232-FL

**Decision by Court.**

Upon issuance of an order directing plaintiff to pay the filing fee in full, the Honorable Louise Wood Flanagan, United States District Judge, directed that the action be dismissed without prejudice without further order of the court if plaintiff failed to comply.

Plaintiff failed to pay the filing fee, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on December 7, 2022, with service on:
Jamey L. Wilkins #0502449 (via U.S. Mail)
Tabor Correctional Institution
4600 Swamp Fox Hwy West
Tabor City, NC 28463

December 7, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Mann*
Deputy Clerk